IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE O. EDWARD SCHLATTER**

---

| | |
|---|---|
| Civil Action No.  05-cv-01017-REB-OES | Date:  December 19, 2005 |
| Courtroom Deputy:  Cathy Coomes | **FTR – Courtroom A601** |

---

| | |
|---|---|
| NOVUS FRANCHISING, INC.; | Harold R. Bruno, III |
| | Lawrence R. Commers |
| Plaintiff(s); | |
| vs. | |
| PHILIP GORDON MARRS; | Pro Se |
| d/b/a Novus Windshield Repair; | |
| d/b/a Novus Auto Glass Repair & Replacement; | |
| d/b/a Alternative Auto Glass Solutions; | |
| Defendant(s). | |

---

## COURTROOM MINUTES/MINUTE ORDER

**\*MOTION HEARING**

**Court in session:**          **2:04 p.m.**

Court calls case.  Appearances of counsel.

Opening statements by the Court.

2:05 p.m.     Argument by Mr. Commers in support of the Motion for Preliminary Injunction Against Defendant Philip Marrs (Doc. #2, filed 6/3/05).  Mr. Commers states on the record the issues that have been resolved.

2:20 p.m.     Mr. Marrs is advised by the Court that he is not permitted to represent his corporation but can represent his personal interests.

2:22 p.m.     Argument in response by Mr. Marrs and discussion with Court.

The Court questions Defendant regarding the Consent Order for Partial Injunctive Relief, filed as an attachment to the Brief in Support of the Motion for Preliminary Injunction (Doc. #14, filed 7/25/05).  Defendant indicates his agreement with the

Consent Order.

On agreement of the parties, the Court will submit a Recommendation to Judge Blackburn that the Consent Order for Partial Injunctive Relief be granted.

| | |
|---|---|
| 2:41 p.m. | Further argument by Mr. Commers and discussion with the Court regarding the Convenant Not To Compete. |
| 2:46 p.m. | Further argument by Mr. Marrs and discussion with the Court regarding the Convenant Not to Compete. |

The Court will also recommend to Judge Blackburn that he enter a Preliminary Injunction, stating that the Defendant cease doing business in Weld County.

The Court further questions Defendant as to hiring an attorney for the corporation. Defendant states that his children actually own the business, and the Court states that the children would also need an attorney.

Discussion regarding whether Defendant's children would be allowed to do business in Weld County and Fed.R.Civ.P. 65.

The parties are encouraged to meet and confer in an attempt to reach a settlement.

**Court in recess:**      **3:06 p.m.  (Hearing concluded)**
**Total time in court:**      1:02

* To order a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.