**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.   05-cv-01017-REB-OES

NOVUS FRANCHISING, INC.,

    Plaintiff,

v.

PHILIP GORDON MARRS, f/d/b/a Novus Windshield Repair, d/b/a Novus Auto Glass Repair & Replacement, n/d/b/a Alternative Auto Glass Solutions,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matter before me is the **Recommendation That Plaintiff's Requests for Injunctive Relief Be Granted** [#26], filed December 27, 2005.  No objections having been filed to the recommendation, I review it only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Recommendation That Plaintiff's Requests for Injunctive Relief Be Granted** [#26], filed December 27, 2005, is **APPROVED** and **ADOPTED** as an

---

[1] This standard pertains even though defendant is proceeding *pro se*.  **Morales-Fernandez**, 418 F.3d at 1122.

order of this court;

2. That plaintiff's **Motion for Preliminary Injunction Against Philip Marrs** [#2], filed June 3, 2005, is **GRANTED**; and

3. That plaintiff **SHALL SUBMIT** to the e-mail account of this chambers (**blackburn_chambers@cod.uscourts.gov**) no later than close of business on **Friday, January 27, 2006**, the following documents:  (a) a proposed form of preliminary injunction consistent with the magistrate judge's recommendation; and (b) a copy of the Consent Order for Partial Injunctive Relief, previously attached as an exhibit to plaintiff's Reply Memorandum in Support of Novus Franchising, Inc.'s Motion for Preliminary Injunction [#14], filed July 25, 2005.  These documents shall be submitted in WordPerfect (preferably WordPerfect 12) format as attachments to the e-mail.

Dated January 20, 2006, at Denver, Colorado.

                                                 **BY THE COURT:**

                                               **s/ Robert E. Blackburn**
                                               **Robert E. Blackburn**
                                               **United States District Judge**