IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Case No. 05-cv-1017 - REB-OES | ) |
| | ) |
| NOVUS FRANCHISING, INC., | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Philip Gordon Marrs f/d/b/a | ) |
| Novus Windshield Repair d/b/a | ) |
| Novus Auto Glass Repair & Replacement, | ) |
| n/d/b/a Alternative Auto Glass Solutions, | ) |
|     Defendant. | ) |

---

**CONSENT ORDER
FOR PARTIAL INJUNCTIVE RELIEF**

---

The Court has been advised that Plaintiff, Novus Franchising, Inc. and Defendant Philip Gordon Marrs have agreed to the entry of this Consent Order for Partial Injunctive Relief without hearing or adjudication of any issue of fact or law, and the Court makes the following Findings of Fact and Conclusions of Law:

1. The Court has jurisdiction over the parties and the subject matter.

2. Plaintiff Novus Franchising, Inc. is a corporation organized and existing under the laws of the State of Washington with its principal place of business as 12800 Highway 13 South, Suite 500, Savage, Minnesota.

3. Defendant Philip Gordon Marrs is a resident of the State of Colorado, residing at 630 46th Avenue Ct., Greeley, Colorado 80634.

4. Defendant, his officers, directors, agents, employees, servants, attorneys, and all persons and entities in privity, active concert or participation with them, including the company Alternative Auto Glass Solutions and any other company or business established or to be

established by Philip Marrs and/or all persons in privity, active concert or participation with him, who receive actual notice of the Consent Order by personal service or otherwise, are hereby permanently enjoined from using Plaintiff's NOVUS7 family of registered and common-law marks, including, but not limited to, "Repair First, Replace When Necessary," NOVUS7 Windshield Repair, NOVUS7 Auto Glass Repair and Replacement, and other related trademarks, trade names, service marks, slogans, logos and commercial symbols for use in connection with auto glass replacement and repair businesses, or any colorable imitation thereof, or any other designation confusingly similar to any of Plaintiff's marks, alone or in combination with other words or designs, in any manner in connection with the operation of any business engaged in the auto glass repair and replacement business.

5.  If not already accomplished, Defendant Marrs will immediately cancel all advertising, phone and business directory listings and any printed material using Novus name or marks.

6.  If not already accomplished, Defendant Marrs will immediately destroy and cease all use of any business cards, brochures, promotional materials or other printed materials of any nature which contain the Novus designation or marks or any colorable imitation thereof.

7.  Defendant Marrs will file with the Court, and serve on Plaintiff Novus, within thirty (30) days from the date hereof or such extended period as the Court may direct, pursuant to 15 U.S.C. ' 1116, a report in writing under oath setting forth in detail the manner and form in which Defendant Marrs has complied with this Partial Injunction.

8.  This Court retains jurisdiction over this matter.

**IT IS SO ORDERED.**

Dated: January 26, 2006.   s/ Robert E. Blackburn
                           District Judge, United States District Court

**CONSENTED AS TO FORM**

Dated: <u>January 26</u>, 2006      <u>*s/ Philip Gordon Marrs*</u>
Philip Gordon Marrs
Pro se
630 46th Avenue Ct.
Greeley, Colorado 80634
Telephone: (970) 350-

<u>*s/ Harold R. Bruno, III*</u>
Dated: <u>July 25,</u>, 2005      Harold R. Bruno, III, Esq.
ROBINSON WATERS &O'DORISIO, P.C.
1099 l8th Street, Suite 2600
Denver, Colorado 80237
Telephone: (303) 297-2600

and

Lawrence R. Commers, Esq.
Shane H. Anderson, Esq.
Mackall, Crounse & Moore, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
Telephone: (612) 305-1400

ATTORNEYS FOR PLAINTIFF NOVUS FRANCHISING, INC.