IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cv-01017–REB-MEH        )
                                    )
NOVUS FRANCHISING, INC.,             )
    Plaintiff,                      )
                                    )
vs.                                 )
                                    )
Philip Gordon Marrs f/d/b/a          )
Novus Windshield Repair d/b/a        )
Novus Auto Glass Repair & Replacement, )
n/d/b/a Alternative Auto Glass Solutions, )
    Defendant.                      )

_____

**CONSENT ORDER FOR
PERMANENT INJUNCTIVE RELIEF ON COVENANT NOT TO COMPETE
RESOLVING CASE**

_____

The Court has been advised that Plaintiff, Novus Franchising, Inc. and Defendant, Philip Gordon Marrs, have agreed to the entry of this Consent Order for Permanent Injunctive Relief without hearing or adjudication of any issue of fact or law, and the Court makes the following Findings of Fact and Conclusions of Law:

NOW, THEREFORE, the Court makes the following Findings of Fact, Conclusions of Law, Orders, and Permanent Injunction:

    1.    The Court has jurisdiction over the parties and the subject matter.

    2.    Plaintiff Novus Franchising, Inc., is a corporation organized and existing under the laws of the State of Washington with its principal place of business as 12800 Highway 13 South, Suite 500, Savage, Minnesota.

    3.    Defendant Philip Gordon Marrs' current address is P.O. Box 103, Fowler, Kansas 67844, (620) 227-6789.

4.  Alternative Auto Glass Solutions, Inc. ("Alternative"), is a corporation organized and existing under the laws of the State of Colorado, that had a principal place of business at 630 46th Avenue Ct., Greeley, Colorado 80634. Alternative was operated by Defendant Philip Gordon Marrs ("Marrs").

5.  Marrs entered into a Franchise Agreement with Novus Franchising, Inc., dated November 16, 1996 for a 10-year term.

6.  Marrs unilaterally terminated his Franchise Agreement effective December 31, 2004.

7.  Marrs' Franchise Agreement, at paragraph 20.3, contains a valid and legally enforceable post-term covenant not to compete prohibiting Marrs for a period of two years after termination or expiration of the Franchise Agreement from performing windshield repair and replacement services within his area of primary responsibility which is defined as Weld County excluding the City of Brighton.

8.  Despite the covenant not to compete in the Franchise Agreements, Defendants operated a competing business using the name Alternative Auto Glass Solutions, Inc., in the County of Weld, and communicated with existing customers and customer referral sources, advising them of Marrs' competing business, and soliciting customers and customer referrals for Marrs' new business in violation of the covenant not to compete.

9.  By reason of the above acts of Marrs and the breach of the Franchise Agreements, Novus has sustained, and will continue to sustain, real, substantial and irreparable harm and injury, including the loss of customers and the loss of good will, by virtue of Marrs' breach of his post-term covenant not to compete.

10. Marrs, his agents, servants, employees, stock holders, partners and all persons in privity, active concert or participation with him, including Alternative, shall not engage in any competing business and is enjoined and restrained from seeking to service or solicit windshield repair and replacement customers within the Colorado County of Weld, State of Colorado until January 30, 2008.

11. The Court retains jurisdiction over this matter.

12. The October 31, 2006 Final Pretrial Conference is vacated.

13. The November 20, 2006 Trial Preparation Conference is vacated.

14. The December 11 and 12, 2006 Trial is vacated.

15. Any counterclaim filed by Marrs is dismissed with prejudice.

16. This case may be administratively closed.

**IT IS SO ORDERED.**

Dated: October 20, 2006.

s/ Robert E. Blackburn
_____
Judge, United States District Court

**CONSENTED AS TO FORM**

Dated: _October 26, 2006_          _s/ Philip Gordon Marrs_
                                    Philip Gordon Marrs
                                    *pro se*
                                    P.O. Box 103
                                    Fowler, Kansas 67844
                                    (620) 227-6789


Dated: _October 20, 2006_          _s/ Harold R. Bruno, III_
                                    ROBINSON WATERS &O'DORISIO, P.C.
                                    1099 l8th Street, Suite 2600
                                    Denver, Colorado 80237
                                    Telephone: (303) 297-1600

                                           and

                                    Lawrence R. Commers, Esq.
                                    Shane H. Anderson, Esq.
                                    Mackall, Crounse & Moore, PLC
                                    1400 AT&T Tower
                                    901 Marquette Avenue
                                    Minneapolis, MN 55402
                                    Telephone: (612) 305-1400

                                    ATTORNEYS FOR PLAINTIFF NOVUS
                                    FRANCHISING, INC.